# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GRIMES,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN KIBLER, Warden,<br><br>    Respondent. | Case No.  2:21-cv-05735-MWF-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), the Objections to the Report, the video lodged by Petitioner, and the Supplemental Statement of Decision.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  Having viewed the video lodged by Petitioner, the Court concludes that it does not show that any finding of fact made by the California Court of Appeal regarding the events depicted in the video was erroneous.  The Court accepts the Report and the Supplemental Statement of Decision and adopts them as its own findings and conclusions.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the First Amended Petition is denied without prejudice.

DATED: December 9, 2021.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE