JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GRIMES,<br><br>            Petitioner,<br><br>  v.<br><br>BRIAN KIBLER, Warden,<br><br>            Respondent. | Case No.  2:21-cv-05735-MWF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  December 9, 2021.

*[signature]*

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE